UNITED STATES DISTRICT COURT

SOUTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| K.O., by and through her parents and guardians ad litem, MIKHAIL and KELLY OGAWA,<br><br>Plaintiff,<br><br>v.<br><br>SAN DIEGUITO UNION HIGH SCHOOL DISTRICT,<br><br>Defendant. | Case No.: 22-cv-01703-H-BGS<br><br>**ORDER:**<br><br>**(1) GRANTING PLAINTIFF'S MOTION TO FILE OFFICE OF ADMINISTRATIVE HEARINGS RECORD UNDER SEAL; AND**<br><br>[Doc. No. 14.]<br><br>**(2) DIRECTING THE CLERK TO FILE THE PROPOSED DOCUMENT UNDER SEAL**<br><br>[Doc. No. 15.] |

On May 3, 2023, Plaintiff K.O. ("Plaintiff") filed a motion to file under seal a copy of the California Office of Administrative Hearings' ("OAH") administrative record and hearing transcripts. (Doc. No. 14.) On May 8, 2023, Defendant San Dieguito Union High School District submitted a statement of non-opposition to Plaintiff's motion to seal. (Doc. No. 17.)

Plaintiff seeks to seal the OAH administrative record and hearing transcripts because they contain the medical, disability, and education records of a minor. (Doc. No. 14-1 at 2-3.)  After reviewing the documents in question, the Court concludes that compelling reasons exist to seal the OAH administrative record and hearing transcripts.[1] See D.L. by and Through Lazaro v. Poway Unified Sch. Dist., No. 19-cv-00780-GPC-RBB, at *2 (S.D. Cal. Nov. 1, 2019) (Compelling reasons exist to seal the OAH record because it "contains references to the learning disability, private educational records, and personally identifiable information of a minor, and thus, should be protected") (internal quotations omitted); see also J.M. v. Oakland Unified Sch. Dist., No. 17-cv-04986-HSG, 2018 WL 6574190, at *8 (N.D. Cal. Dec. 13, 2018) (such records are "largely protected from public disclosure by both federal and state law").

Accordingly, the Court grants Plaintiff's request to file the entire OAH administrative record and hearing transcripts under seal without prejudice to the Court modifying this order at a later time or using the information in a written order.  The Court directs the Clerk to file the proposed documents under seal. (Doc. No. 15.)

**IT IS SO ORDERED.**

DATED: May 9, 2023

MARILYN L. HUFF, District Judge
UNITED STATES DISTRICT COURT

---

[1] The prohibited references are "too numerous to redact" given the voluminous nature of the OAH administrative record and hearing transcript. See A.B. ex rel. W.F.B. v. San Francisco Unified Sch. Dist., No. C 07-4738 PJH, 2007 WL 2900527, at *1 (N.D. Cal. Oct. 2, 2007); see also D.L. by and Through Lazaro v. Poway Unified Sch. Dist., No. 19-cv-00780-GPC-RBB, at *2 (S.D. Cal. Nov. 1, 2019) (finding it appropriate to seal the OAH record without redaction given the ubiquitous nature of sensitive details throughout the record and hearing transcripts).